IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

AUTUMN M BOLDS,                         )
                                        )
            Plaintiff,                  )    TC-MD 120718N
                                        )
      v.                                )
                                        )
DEPARTMENT OF REVENUE,                  )
State of Oregon,                        )
                                        )
            Defendant.                  )    **DECISION OF DISMISSAL**

       This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

       A case management conference was scheduled at 2:15 p.m. on November 1, 2012, to

consider Plaintiff's appeal. On October 17, 2012, the court sent notice of the scheduled case

management conference to Plaintiff at the email address Plaintiff provided to the court. The

notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the

court might dismiss the appeal.

       On November 1, 2012, the court sent Plaintiff a letter which explained the importance of

diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised

that if Plaintiff did not provide a written explanation by November 16, 2012, for her failure to

appear, the court would dismiss the appeal. As of this date, Plaintiff has not submitted a written

response to the court explaining her failure to appear at the November 1, 2012, case management

conference. Under such circumstances, the court finds the appeal must be dismissed for lack of

prosecution. Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of November 2012.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Magistrate Allison R. Boomer on November 19, 2012.  The Court filed and entered this Decision of Dismissal on November 19, 2012.*